AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| JULIANA AU,<br>on behalf of herself and others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>MARSHALLS OF MA, INC. et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 24-cv-02662  TAM<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
TROY LAW, PLLC
John Troy
41-25 Kissena Blvd, Suite 110
Flushing, NY 11355

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 4/10/2024

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

## *Full Caption*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
JULIANA AU,
 *on behalf of herself and others similarly situated,*
                                        Plaintiff,

                                                                Case No. 24-cv-02662

            v.

MARSHALLS OF MA, INC.,
THE TJX COMPANIES, INC.,
STEPHEN CHEUNG, and
PATRICK DIAZ,
                                        Defendants.
-------------------------------------------------------------------x

## *Defendants' Name with Address*

**MARSHALLS OF MA, INC.**
770 Cochituate Road, Framingham, MA 01701
28 Liberty Street, New York, NY 10005
40-24 College Point Boulevard, Flushing, NY 11354

**THE TJX COMPANIES, INC.**
770 Cochituate Road, Framingham, MA 01701
28 Liberty Street, New York, NY 10005
40-24 College Point Boulevard, Flushing, NY 11354

**STEPHEN CHEUNG**
770 Cochituate Road, Framingham, MA 01701
28 Liberty Street, New York, NY 10005
40-24 College Point Boulevard, Flushing, NY 11354

**PATRICK DIAZ**
770 Cochituate Road, Framingham, MA 01701
28 Liberty Street, New York, NY 10005
40-24 College Point Boulevard, Flushing, NY 11354

**Summons Rider**